UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>N. ROBERT DOBSON and<br>ROSITA FORTE DOBSON,<br><br>    Debtors. | Chapter 13<br>Case No. 18-21828-JJT |

**OBJECTION OF U.S. BANK TRUST
TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust as serviced by SN Servicing Corp. ("**U.S. Bank Trust**") and objects to confirmation of the Chapter 13 plan of N. Robert Dobson and Rosita Forte Dobson (the "**Debtors**").  U.S. Bank Trust objects on the grounds that the Debtors' plan does not adequately provide for the cure of pre-petition arrears due on U.S. Bank Trust's secured claim, its proposed funding is contingent on a future event, and it proposes to modify Creditor's secured claim.  In support of its objection to confirmation of plan, U.S. Bank Trust states as follows.

**STATEMENT OF MATERIAL FACTS**

1.      On June 22, 2007, the Debtor executed a promissory note in favor of Accredited Home Lenders, Inc. (the "**Lender**") for a loan in the amount of $499,999.00 (the "**Note**").  The Note was subsequently endorsed in blank and transferred to Creditor.

2.      On June 22, 2007, as security for her obligations under the Note, the Debtor granted a mortgage (the "**Mortgage**") on certain real property known as and

1

numbered 207 Terry Road, Hartford, Connecticut (the "**Property**") in favor of Mortgage Electronic Registration Systems, Inc., as nominee for the Lender. The Mortgage was subsequently assigned to U.S. Bank Trust.

3. Upon information and belief, the Property is the Debtors' principal residence.

### Bankruptcy Petition

4. On November 2, 2018, the Debtors filed a voluntary Chapter 13 petition with this Court, commencing the above-captioned case. Doc. No. 1. The Debtors also filed a Chapter 13 plan (the "**Plan**"). Doc. No. 4.

5. U.S. Bank Trust filed a proof of claim regarding the secured lien on the Property on January 11, 2019, asserting a total balance of $741,232.61 and a prepetition arrearage of $234,038.03. Claim No. 2-1.

6. Pursuant to the Plan, the Debtors seek a modification with respect to U.S. Bank Trust's claim. Doc. No. 4, Part 3.1 ("Secured Claims That Will Not Be Modified").

7. In light of this proposed treatment, SN Servicing sent a loss mitigation package to the Debtors in December, requiring a response within thirty (30) days.

8. Loss mitigation for the loan has been denied due to the Debtors' failure to respond in a timely manner to the loss mitigation request

9. A loss mitigation denial letter was sent to Debtors' counsel at the end of January 2019.

10. The Plan lists a regular monthly post-petition payment amount of $3,804.64, to be maintained by the Debtors. Pursuant to Claim No. 2-1, the regular monthly post-petition payment is $4,049.77.

11. The Debtors have not made a single payment since 2014.

## GROUNDS FOR OBJECTION TO PLAN

12. U.S. Bank Trust respectfully asks this Court to deny confirmation of the Plan for the following reasons.

13. The proposed treatment of the prepetition arrearage (and post-petition payments) depends on the Debtors' ability to obtain approval for a loan modification from the lender, which at this time has been denied. 11 U.S.C. § 1325(a)(6) requires that the debtor "be able to make all payments under the plan and comply with the plan." As the Debtors have been denied a modification of the loan, the Debtors will not be able to comply with the Plan's proposed treatment of the claim.

14. If the Debtor intends to modify the loan without Creditor's approval, this would be an impermissible modification of U.S. Bank Trust's rights with respect to its "claim secured only by the Debtor's principal residence." 11 U.S.C. § 1322(b)(2).

15. Therefore, Creditor objects to confirmation of the Plan, as the proposed treatment of its claim does not adequately provide for the repayment of prepetition or post-petition payments due under the Note and Mortgage.

16.     Creditor also objects insofar as the Plan proposes regular monthly post-petition maintenance payments that are inconsistent with Claim No. 2-1 or any subsequent Notices of Payment Change to be filed in this case.

WHEREFORE, in light of the foregoing, U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust as serviced by SN Servicing Corp. respectfully requests that this Court enter an order:

(a) Denying confirmation of the Debtor's Chapter 13 plan; and

(b) Granting Creditor such other and further relief as is just and proper.

Respectfully submitted,

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST AS SERVICED BY SN SERVICING CORP.,

By its attorneys,

/s/ *Aaron Fredericks, Esq.*
Aaron Fredericks, Esq.
Sassoon & Cymrot, LLP
84 State Street
Boston, MA 02109
(617) 720-0099
AFredericks@SassoonCymrot.com
Juris No. 435244

DATE:  February 14, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re:<br><br>N. ROBERT DOBSON and<br>ROSITA FORTE DOBSON,<br><br>　　　Debtors. | Chapter 13<br>Case No. 18-21828-JJT |
|---|---|

## CERTIFICATE OF SERVICE

I, Aaron Fredericks, Esq. of the law firm of Sassoon & Cymrot, LLP, hereby certify that I have this 14th day of February 2019 served on behalf of U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust as serviced by SN Servicing Corp. an <u>Objection of U.S. Bank Trust to Confirmation of Chapter 13 Plan</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| N. Robert Dobson<br>Rosita Forte Dobson<br>207 Terry Road<br>Hartford, CT 06105 (M) | Suzann L. Beckett<br>Beckett Law LLC<br>543 Prospect Ave<br>Hartford, CT 06105 (ECF) |
|---|---|
| Roberta Napolitano<br>10 Columbus Boulevard, 6th Floor<br>Hartford, CT 06106 (ECF) | U. S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 (ECF) |

　　　　　　　　　　　　　　　　　　　　/s/ *Aaron Fredericks, Esq.*
　　　　　　　　　　　　　　　　　　　　Aaron Fredericks, Esq.

1